UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 10-CR-20403 |
| Plaintiff, | HON. NANCY G. EDMUNDS |
| vs. | OFFENSES: 18 U.S.C. § 1962(d) (RICO) |
| | 18 U.S.C. § 666(a) (bribery) |
| | 18 U.S.C. § 1951 (extortion) |
| D-3,   BERNARD N. KILPATRICK | 18 U.S.C. §§ 1341, 1343 |
| | (mail/wire fraud) |
| Defendant. | 18 U.S.C. § 1512(c) |
| | (obstruction of justice) |
| | 26 U.S.C. § 7206(1) (false tax return) |
| | 26 U.S.C. § 7201 (tax evasion) |
| | 18 U.S.C. §§ 1956(a)(1)(B)(I) (money laundering) |
| | 18 U.S.C. § 2 (aiding & abetting) |
| | 18 U.S.C. §§ 981(a)(1)(c), 982(a)(1)) & 1963, and |
| | 28 U.S.C. § 2461(c) (forfeiture) |

_____/

FILED
AUG 08 2012
CLERK'S OFFICE
DETROIT

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

I, **BERNARD N. KILPATRICK,** defendant in the above-entitled cause, hereby acknowledge that I have received a copy of the FOURTH SUPERSEDING INDICTMENT in the above-entitled cause prior to pleading thereto, and I have read the same and understand the contents thereof.

I know that if I am convicted or plead guilty, I may be sentenced as follows -

### AS TO COUNT ONE:

18 U.S.C. § 1962(d) - Racketeering Conspiracy
20 years imprisonment and/or a fine of not more than twice the gross profits or other proceeds from the racketeering activity

### AS TO COUNTS TWO and FIFTEEN:

18 U.S.C. § 1951 - Interference with Commerce by Extortion
Up to 20 years imprisonment and/or a $250,000 fine

### AS TO COUNTS THIRTY-SEVEN through THIRTY-NINE:

**26 U.S.C. § 7206(1)** - Subscribing False Tax Return
Up to 3 years imprisonment and/or a $100,000 fine plus costs of prosecution

*[signature]*
BERNARD N. KILPATRICK
Defendant

### ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

*[signature]*
JOHN A. SHEA
Counsel for Defendant

Date: 8/8/12

2